1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDRE BEARD and GLORIBEL GUERRERO, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, a California corporation, d/b/a AT&T California; and DOES 1-20, inclusive<br><br>Defendants. | CASE NO. CV11-3780 JSC<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>[Civ. L.R. 6-1]<br><br>**Current Response Date:**   09/1/11<br>**New Response Date:**   09/15/11 |
|---|---|

WEST-#529070-v1-Beard_-_Proposed_Order.DOC

[~~PROPOSED~~] ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that Defendant PACIFIC BELL TELEPHONE COMPANY'S deadline within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiffs' Complaint in this action is hereby extended by 14 days, from September 1, 2011 to and including September 15, 2011.

**IT IS SO ORDERED.**

Dated: 8/31/2011

THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1150 S. Olive Street, Suite 2850, Los Angeles, California 90015. On August 30, 2011, I served the within document:

**[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

## SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- ☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on August 30, 2011, at Los Angeles, California.

DIANA VASQUEZ

## SERVICE LIST

| | |
|---|---|
| Nancy Hersh, Esq.<br>Mark E. Burton, Jr.,<br>Charles C. Kelly, Ii, Esq.<br>Matthew D. Carlson, Esq.<br>Hersh & Hersh<br>601 Van Ness Avenue, Suite 2080<br>San Francisco, CA 94102-6396<br>Tel.:   415) 441-5544<br>Fax    415) 441-7586 | ATTORNEYS FOR PLAINTIFFS<br>Andre Beard and Gloribel Guerrero |
| Arthur C. Chambers, Esq.<br>Ilona Brusil, Esq.<br>Joong Y. Im, Esq.<br>Of Counsel<br>2095 Van Ness Ave.<br>San Francisco, CA 94109<br>Tel.:   (415) 775-1793<br>Fax:   (415) 775-1308 | |