1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12
13
14
15
16
17
18
19

| | |
|---|---|
| ANDRE BEARD and GLORIBEL GUERRERO, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, a California Corporation, d/b/a AT&T California; and DOES 1-20, inclusive<br>Defendants. | Case No. 3:11-CV-03780-CRB<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>[Civ. L.R. 6-1]<br><br>Current Response Date:   January 9, 2012<br>New Response Date:        January 26, 2012 |

20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

IRACTIVE-5109360.1

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that Defendant PACIFIC BELL TELEPHONE COMPANY'S deadline within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiffs' Amended Complaint in this action is hereby extended from January 9, 2012 to and including January 26, 2012.

**IT IS SO ORDERED.**

DATED: January 6, 2012



_____
Honorable
United States

# CERTIFICATE OF SERVICE

I, Debra A. Jackson, state:

My business address is 3 Park Plaza, 20th Floor, Irvine, CA 92614. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

on the following person(s) in this action:

**Please see attached service list**

☒ BY FIRST CLASS MAIL: I am employed in the City and County of Orange where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 4, 2012, at Irvine, California.

_____
Debra A. Jackson

## SERVICE LIST

*Andre Beard v. Pacific Bell Telephone Company, et al.*
United States District Court, Northern District of California, San Francisco Division
Case No. CGC-11-510715

| | |
|---|---|
| Nancy Hersh, Esq.<br>Mark E. Burton, Jr., Esq.<br>Charles C. Kelly, II, Esq.<br>Matthew D. Carlson, Esq.<br>Hersh & Hersh<br>601 Van Ness Avenue, Suite 2080<br>San Francisco, CA 94102<br>Tel: 415-441-5544<br>Fax: 415-441-7586<br>Email: ckelly@hershlaw.com | ***Attorneys for Plaintiffs***<br>***Andre Beard and Gloribel Guerrero, On Behalf Of Themselves And All Others Similarly Situated*** |
| Arthur C. Chambers, Esq.<br>Ilona Brusil, Esq.<br>Joong Y. Im, Esq.<br>Of Counsel<br>601 Van Ness Avenue, Suite 2056<br>San Francisco, CA 94102<br>Tel: 415-775-9854<br>Fax: 415-775-1308<br>Email: art@artchambers.com | ***Attorneys for Plaintiffs***<br>***Andre Beard and Gloribel Guerrero, On Behalf Of Themselves And All Others Similarly Situated*** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

IRACTIVE-5109360.1

-4-

[PROPOSED] ORDER RE EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT
CASE NO. 3:11-CV-03780-CRB