Counsel listed on following page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE BEARD and GLORIBEL GUERRERO, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC., PACIFIC BELL TELEPHONE COMPANY, a California Corporation, d/b/a AT&T California and DOES 1-20, inclusive,<br><br>Defendants. | **Case No. 3:11-CV-03780-CRB**<br><br>**Honorable Charles R. Breyer**<br><br>**STIPULATION TO CHANGE BRIEFING SCHEDULE** |

NANCY HERSH, ESQ., State Bar No. 49091
CHARLES C. KELLY, II, ESQ., State Bar No. 122253
MATTHEW D. CARLSON, ESQ., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

ARTHUR C. CHAMBERS, ESQ., State Bar No. 53282
ILONA BRUSIL, ESQ., State Bar No. 244723
JOONG Y. IM, ESQ., State Bar No. 163730
Of Counsel
601 Van Ness Ave., Suite 2056
San Francisco, CA 94102
Tel. No. 415-775-9854
Fax. No. 415-775-1308

Attorneys for Plaintiffs

Gregory Call (CA Bar No. 120483)
 gcall@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Mark A. Romeo (CA Bar No. 173007)
 mromeo@crowell.com
Wendy A. Sugg (CA Bar No. 223335)
 wsugg@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949.263.8400
Facsimile: 949.263.8414

Attorneys for Defendants
AT&T SERVICES, INC. and PACIFIC BELL TELEPHONE COMPANY
d/b/a AT&T California

The parties hereby agree that Plaintiffs will have until and including May 9, 2012 to file their opposition to Defendants AT&T Services, Inc. and Pacific Bell Telephone Company d/b/a AT&T California's Motion to Stay Plaintiff Guerrero's Individual And Class Claim. Defendants will have until and including May 23, 2012 to file a reply brief.

Dated: April 24, 2012

CROWELL & MORING LLP

/S/

Wendy Sugg
Attorneys for Defendants
AT&T SSERVICES, INC. and PACIFIC BELL
TELEPHONE COMPANY d/b/a AT&T California

Dated: April 24, 2012

HERSH & HERSH

/S/

CHARLES C. KELLY, II

Attorneys for Plaintiffs
ANDRE BEARD and GLORIBEL GUERRERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE BEARD and GLORIBEL GUERRERO, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC., PACIFIC BELL TELEPHONE COMPANY, a California Corporation, d/b/a AT&T California and DOES 1-20, inclusive,<br><br>Defendants. | **Case No. 3:11-CV-03780-CRB**<br><br>**Honorable Charles R. Breyer**<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION TO CHANGE BRIEFING SCHEDULE** |

It is hereby ordered that Plaintiffs file their opposition to Defendants AT&T Services, Inc. and Pacific Bell Telephone Company d/b/a AT&T California's Motion to Stay Plaintiff Guerrero's Individual And Class Claim on or before May 9, 2012. Defendants may file a reply brief on or before May 23, 2012.

Dated: __April 27, 2012__



The Honorable Charles R. Breyer
IT IS SO ORDERED
Judge Charles R. Breyer