IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BEARD, ET AL., | No. C 11-03780 CRB |
| Plaintiffs, | **ORDER DENYING MOTION TO STAY** |
| v. | |
| PACIFIC BELL TELEPHONE CO., ET AL., | |
| Defendants. | |

For the reasons stated in open court, the Court hereby DENIES the motion to stay.

**IT IS SO ORDERED.**

Dated: July 2, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3780\Order Denying Motion to Stay.wpd