UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE BEARD and GLORIBEL GUERRERO, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC., PACIFIC BELL TELEPHONE COMPANY, a California Corporation, d/b/a AT&T California and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:11-CV-03780-CRB<br><br>**Honorable Charles R. Breyer**<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF ANDRE BEARD'S INDIVIDUAL AND CLASS CLAIMS** |

In accordance with the parties' stipulation (Docket No. ___), it is hereby ordered that Plaintiff Andre Beard's individual and class claims (a/k/a the "Managerial Sub-Class") in this matter are dismissed with prejudice. Each party shall bear his/its own fees and costs incurred in connection with such claims.

Dated: July 10, 2012



The Honorable Charles R. Breyer
Judge of the United States District Court

- 2 -

[PROPOSED] ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF ANDRE BEARD'S INDIVIDUAL AND CLASS CLAIMS
Case No. 3:11-CV-03780-CRB