# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE BEARD and GLORIBEL GUERRERO, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, a California Corporation, d/b/a AT&T California; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 11 3780 CRB<br><br>**ORDER RE STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 31, 2012**<br><br>Original Complaint Filed:     Aug. 1, 2011<br>First Amended Complaint Filed:   Dec. 23, 2011 |

1  **ORDER**

2  GOOD CAUSE APPEARING as set forth in the accompanying stipulation, it is hereby

3  ORDERED that the Case Management Conference originally set for August 31, 2012 is

4  continued to September 28, 2012 at 8:30 a.m. in Courtroom 6, 17th Floor, San Francisco and the

5  Case Management Statement is due by September 21, 2012.

6  **IT IS SO ORDERED.**

7  DATED:    August 1, 2012



Honorable Charles R. Breyer
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28