1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE BEARD and GLORIBEL GUERRERO, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, a California Corporation, d/b/a AT&T California; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 11 3780 CRB<br><br>**ORDER RE STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 31, 2012**<br><br>Original Complaint Filed:   Aug. 1, 2011<br>First Amended Complaint Filed:   Dec. 23, 2011 |

**ORDER**

GOOD CAUSE APPEARING as set forth in the accompanying stipulation, it is hereby ORDERED that the Case Management Conference originally set for August 31, 2012 is continued to September 28, 2012 at 8:30 a.m. in Courtroom 6, 17th Floor, San Francisco and the Case Management Statement is due by September 21, 2012.

**IT IS SO ORDERED.**

DATED: August 1, 2012



Honorable Charles R. Breyer
United States District Judge

Error! Unknown document property name.