1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIBEL GUERRERO, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., PACIFIC BELL TELEPHONE COMPANY, a California Corporation, d/b/a AT&T California; and DOES 1-20, inclusive<br><br>Defendants. | Case No. 3:11-CV-03780-CRB<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLEADINGS**<br><br>**[Civ. L.R. 6-1]**<br><br>Current Hearing Date:  May 10, 2013<br>Proposed Hearing Date:  May 24, 2013 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

**Error! Unknown document property name.**

# ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that Plaintiff's Motion for Leave to Amend Pleadings shall be continued to May 24, 2013 at 10:00 a.m., with Defendants' opposition brief due on May 3, 2013 and Plaintiff's reply brief due on May 10, 2013.

**IT IS SO ORDERED.**

DATED: April 23, 2013



Honorable Charles R. Breyer
United States District Court Judge