# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIBEL GUERRERO, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T SERVICES, INC., PACIFIC BELL TELEPHONE COMPANY, a California Corporation, d/b/a AT&T California and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 3:11-cv-03780-CRB<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF GLORIBEL GUERRERO'S INDIVIDUAL AND CLASS CLAIMS**<br><br>**Judge Charles R. Breyer** |

In accordance with the parties' stipulation (Docket No. 102), it is hereby ordered that Plaintiff GLORIBEL GUERRERO's individual and class claims in this matter are dismissed with prejudice, along with any remaining claims or causes of actions in the above-titled litigation, with each party bearing that party's own attorney's fees and costs

Dated:  May 24, 2013

_____
HON. CHARLES R. BREYER
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

1
[PROPOSED] ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF GLORIBEL GUERRERO'S INDIVIDUAL AND CLASS CLAIMS; Case No.: 3:11-cv-03780-CRB